UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

N.K., ET AL.,

                    Plaintiffs,          25-cv-7782 (JGK)

        - against -             ORDER

THE BOARD OF EDUCATION FOR THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW
YORK, ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference today, the defendants shall file their motion to dismiss by **December 24, 2025**. The plaintiffs shall respond by **January 23, 2026**. The defendants shall reply by **February 5, 2026**.

SO ORDERED.

Dated:    New York, New York
          December 3, 2025

                                John G. Koeltl
                         United States District Judge