UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
N.K., et al.,

Plaintiff(s)

25 civ 7782 (JGK)

-against-

THE BOARD OF EDUCATION FOR THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK
et al,

Defendant(s).
------------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, January 8, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      December 22, 2025