UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

N.K., ET AL.,

                              Plaintiff,          25-cv-7782 (JGK)

            - against -                           ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,
                              Defendants.

_____

JOHN G. KOELTL, District Judge:

The defendants were directed to file a reply in further support of their motion to dismiss by March 13, 2026. See ECF No. 18. To date, no reply has been filed.

The time for the defendants to file a reply is extended to **April 22, 2026.** If no reply is filed by April 22, 2026, the motion to dismiss will be decided on the papers already submitted.


SO ORDERED.
Dated:    New York, New York
          April 15, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge