**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

N.K., ET AL.,

Plaintiffs,

-against-

25 **CIVIL** 7782 (JGK)

# JUDGMENT

NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 24, 2026, the Court has considered all of the parties' arguments. To the extent not addressed specifically, those arguments are either moot or without merit. The defendants' motion to dismiss is granted and the amended complaint is dismissed without prejudice because the Court lacks jurisdiction to consider these claims; accordingly, the case is closed.

**Dated:** New York, New York

July 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**