UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.K., ET AL.,

Plaintiffs,

- against -

BOARD OF EDUCATION FOR THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, ET AL.,

Defendants.

25-cv-7782 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiffs were previously directed to file a reply in support of their motion for reconsideration by October 9, 2026. See ECF No. 28. The plaintiffs have not submitted a reply in support of their motion. The plaintiffs' time to reply is extended to **October 26, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 19, 2026

John G. Koeltl
United States District Judge